# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

128029

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LYNAE J. KUPER, Personal Representative of
The Estate of Mark Kuper, Deceased,
        Plaintiff-Appellant,

v

METROPOLITAN HOSPITAL, PAUL R.
DWYER, M.D., and LEONARD A. LEWIS, JR.,
D.O.,
        Defendants-Appellees.

SC: 128029
COA: 250952
Kent CC: 01-006518-NH

_____/

On order of the Court, the application for leave to appeal the January 27, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, KELLY, and MARKMAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

t1026